1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED 2008 JUL -9 PM 3:46

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 08-**08-00791** |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | [18 U.S.C. § 2252A(a)(2)(A): Distribution of Child Pornography] |
| PATRICK WAYNE SIMONTON, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 2252A(a)(2)(A)]

Between on or about June 2006 and August 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant PATRICK WAYNE SIMONTON knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported in

//

interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

THOMAS P. O'BRIEN
United States Attorney

*/s/ Christine C. Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section


JOEY L. BLANCH
Assistant United States Attorney
Violent and Organized Crime Section