Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
208-724-2617
chd@fergusondurham.com

Attorney for Defendant Simonton

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WAYNE SIMONTON,<br><br>Defendant. | Case No. 1:22-CR-00012-BLW<br><br>**ENTRY OF APPEARANCE** |

Craig H. Durham enters his appearance as counsel for Patrick Wayne Simonton.

Please serve all future pleadings and papers on Mr. Durham as Mr. Simonton's counsel.

DATED this 9th day of August 2023.

/s/Craig H. Durham
Attorney for the Defendant

1